IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN MURPHY, <br><br> Petitioners, <br><br> v. <br><br> DEPARTMENT OF CORRECTIONS AND REHABILITATION and KATHY MENDOZA-POWERS, Warden, <br><br> Respondents. | C 06-4956 MHP <br><br> [PROPOSED] ORDER |

Per the stipulation of the parties, the Status Conference set for April 30, 2007, is hereby VACATED. Respondents shall file an answer to the order to show cause on or before May 18, 2007. Petitioner shall ~~have thirty days after the filing date of Respondent's answer to file~~ a traverse **on or before June 29, 2007.**

Dated: April 24, 2007

The Honorable Kathy Mendoza-Powers
C 06-4956 MHP

IT IS SO ORDERED

Judge Marilyn H. Patel

[Proposed] Order

1